IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| KIMBERLY M. SEEDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:12-cv-878 REP |
| ) | |
| EQUIFAX INFORMATION SERVICES, LLC, ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., ) | |
| and VERICREST FINANCIAL, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lesley Whitcomb Fierst of Womble Carlyle Sandridge & Rice, LLP, hereby enters an appearance as an attorney for Defendant Vericrest Financial, Inc.

Date: April 11, 2013         Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Lesley Whitcomb Fierst
Lesley Whitcomb Fierst (VSB No. 79337)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
8065 Leesburg Pike, 4th floor
Vienna, VA 22182
703-394-2275 - Telephone
703-918-2270 - Fax
lfierst@wcsr.com
*Counsel for Defendant Vericrest Financial, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2013, I filed a copy of the foregoing Notice of Appearance electronically with the Clerk of Court using the CM/ECF system, which will automatically send email notification of the filing to the following counsel of record:

Leonard A. Bennett (VSB 37523)
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Fax: (757) 930-3662
lenbennett@clalegal.com
*Counsel for Plaintiff*

Susan M. Rotkis (VSB 40693)
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Fax: (757) 930-3662
srotkis@clalegal.com
*Counsel for Plaintiff*

John Willard Montgomery, Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd., Suite A-1
Richmond, VA 23230
jmontgomery@jwm-law.com
*Counsel for Equifax Information Services, LLC*

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg.
1001 Haxall Point
Richmond, VA 23219
david.anthony@troutmansanders.com
*Counsel for Experian Information Solutions, Inc.*

Timothy James St. George
Troutman Sanders LLP
Troutman Sanders Bldg.
1001 Haxall Point
Richmond, VA 23219
tim.stgeorge@troutmansanders.com
*Counsel for Experian Information Solutions, Inc.*

              /s/ Lesley Whitcomb Fierst
            Lesley Whitcomb Fierst (VSB No. 79337)
            WOMBLE CARLYLE SANDRIDGE & RICE, LLP
            8065 Leesburg Pike, 4th Floor
            Vienna, VA 22182
            703-394-2275 - Telephone
            703-918-2270 - Fax
            lfierst@wcsr.com
            *Counsel for Defendant Vericrest Financial, Inc.*