IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL RULE 83.1(D)

In Case Number _____3:12-cv-00878-DJN_____ Name Kimberly M. Seeds v. Equifax Information Services LLC.

Party Represented by Applicant: Equifax Information Services LLC

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please)_____Ian Smith_____
Bar Identification Number 661492_____State Georgia_____
Firm Name King & Spalding, LLP_____
Firm Phone # 404-572-4600_____Direct Dial # 404-572-2565_____FAX # 404-572-5100_____
E-Mail Address_____ismith@kslaw.com_____
Office **Mailing** Address 1180 Peachtree Street, Atlanta, Georgia 30309_____

Name(s) of federal court(s) in which I have been admitted: U.S. District Court for the Northern District of Georgia, U.S. District Court for the Middle District of Georgia, Eleventh Circuit Court of Appeals, U.S. Supreme Court_____

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that within ninety (90) days prior to the submission of this application I have read (a) The Federal Rules of Civil Procedure, (b) The Federal Rules of Criminal Procedure, (c) The Local Rules of this Court and (d) The Federal Rules of Evidence.

I am _ am not X a full-time employee of the United States of America, and if so, request exemption form the admission fee.

_____
(Applicant's Signature) Ian Smith

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____ Date 4/16/2013
(Signature)
John W Montgomery Jr
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

(Judge's Signature)_____Date_____